JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SREAM, INC., | Case No. 8:16-CV-00037 JLS (DFM) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| SHARIF ABDELFATTAH, RAJ CHOUDHARY, AND RICARDO ESTRADA, | **DEFENDANT ABDELFATTAH** |
| Defendants. | |

Pursuant to the parties' stipulation and the Court's concurrently issued order dismissing the misjoined defendants, the Court hereby enters judgment in favor of Sream, Inc., and against the sole remaining defendant in this action, Defendant Sharif Abdelfattah.

**IT IS SO ORDERED.**

**DATED:** April 11, 2016

_____
The Hon. Josephine L. Staton
United States District Judge